P&B 11.10.25

RS: USAO 2024R00278

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 25-CR-0350 |
| v. | (Making Counterfeit Obligations and Securities of the United States, 18 U.S.C. § 471; Possession of Counterfeit Obligations or Securities, 18 U.S.C. § 474(a); Forfeiture, 18 U.S.C. §§ 982(a)(2)(B), 982(b)(1), 18 U.S.C. § 492, 28 U.S.C. § 2461, and 21 U.S.C. § 853(p)) |
| KYLE BEGLY, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Making Counterfeit Obligations and Securities of the United States)

The Grand Jury for the District of Maryland charges that:

On or about March 22, 2024, in the District of Maryland and elsewhere, the defendant,

**KYLE BEGLY,**

with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged and counterfeited Federal Reserve Notes, including, but not limited to, $100 Federal Reserve Notes.

18 U.S.C. § 471

1

## COUNT TWO
### (Possession of Counterfeit Obligations or Securities)

The Grand Jury for the District of Maryland further charges that:

On or about March 22, 2024, in the District of Maryland, the defendant,

**KYLE BEGLY,**

did knowingly have in his possession and custody, with intent to sell and otherwise use, counterfeited and altered obligations and other securities of the United States, made after the similitude of obligations issued under the authority of the United States, that is, counterfeit Federal Reserve Notes in the denomination of $100.

18 U.S.C. § 474(a)

## COUNT THREE
### (Making Counterfeit Obligations and Securities of the United States)

The Grand Jury for the District of Maryland further charges that:

On or about April 9, 2024, in the District of Maryland and elsewhere, the defendant,

**KYLE BEGLY,**

with intent to defraud, did counterfeit, falsely make, forge, and alter an obligation of the United States, that is, falsely made, forged and counterfeited Federal Reserve Notes, including, but not limited to, $100 and $20 Federal Reserve Notes.

18 U.S.C. § 471

## COUNT FOUR
### (Possession of Counterfeit Obligations or Securities)

The Grand Jury for the District of Maryland further charges that:

On or about April 9, 2024, in the District of Maryland, the defendant,

### KYLE BEGLY,

did knowingly have in his possession and custody, with intent to sell and otherwise use, counterfeited and altered obligations and other securities of the United States, made after the similitude of obligations issued under the authority of the United States, that is, counterfeit Federal Reserve Notes in the denominations of $100 and $20.

18 U.S.C. § 474(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, 28 U.S.C. § 2461, and 21 U.S.C. § 853(p), in the event of the defendant's convictions under Counts One, Two, Three, or Four of this Indictment.

### Counterfeit Proceeds

2. Upon conviction of the offense alleged in Counts One, Two, Three, or Four of this Indictment, the defendant,

**KYLE BEGLY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds he obtained directly or indirectly, as the result of such violation.

### Counterfeit Forfeiture

3. Upon conviction of the offense alleged in Counts One, Two, Three, or Four of this Indictment, the defendant,

**KYLE BEGLY,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461, all counterfeits of any coins or obligations or other securities of the United States, or any articles, devices, and other things made, possessed, or used in such violation, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in his possession without authority from the Secretary of the Treasury or other proper officer.

## Property Subject to Forfeiture

4. The property to be forfeited includes but is not limited to: a forfeiture money judgment equal to the amount of proceeds the defendant obtained as a result of the conduct alleged in Counts One, Two, Three or Four.

## Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C § 982(b)(1).

18 U.S.C. §§ 982(a)(2)(B), 982(b)(1)
18 U.S.C. § 492, 28 U.S.C. § 2461
21 U.S.C. § 853(p)

*Kelly O. Hayes/rs*
Kelly O. Hayes
United States Attorney

A TRUE BILL

███████████████████████
Foreperson

Date: November 12, 2025